IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ASCENDIA BRANDS, INC., et al.,[1]<br><br>Debtor. | Chapter 11<br>Case No. 08-11787 (BLS)<br><br>**Re Docket No(s): 1246, 1251, 1252,** 1267 |

## ORDER CLOSING CHAPTER 11 CASE

UPON CONSIDERATION OF the certification (Docket No. 1267) filed by counsel the Distribution Agent (the "DA"), stating that the DA has completed the distribution approved by this Court's Order Approving Distribution Agent's Distribution of Assets and Granting Related Relief entered April 24, 2013 (Docket No. 1263); the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b); (ii) venue is proper under 28 U.S.C. § 1409; (iii) this is a core proceeding under 28 U.S.C. §§ 157(b)(2); IT IS HEREBY ORDERED as follows:

1. The Debtor's Chapter 11 case is hereby CLOSED.

2. Within 60 days after entry hereof, the DA shall dispose of all remaining funds held on account of the Debtor and its bankruptcy estate in accordance with this Court's prior Order (I) Dismissing Chapter 11 Cases and (II) Granting Related Relief (the "Dismissal Order") and shall close all bank accounts held on account of the Debtor and its bankruptcy estate. To the extent that any funds remaining may not be cost-effectively disposed of in accordance with the Dismissal Order, the DA shall pay such funds to one or more charities in the DA's sole and absolute discretion.

[1] This case was originally jointly administered with the cases of each of these other debtors: Ascendia Brands, Inc. (8820); Hermes Acquisition Company I LLC (2437); Ascendia Brands Co., Inc. (4604); Lander Co., Inc. (2447); Lander Intangibles Corporation (8789); and Ascendia Real Estate LLC (2435). Only the above-captioned case was reopened by the Court.

3. The DA is relieved of any further obligations with respect to the Debtors' cases, including but not limited to any duties under the Order (I) Dismissing Chapter 11 Cases and (II) Granting Related Relief entered July 18, 2012.

4. The Court retains jurisdiction to interpret and enforce the terms of this order.

Dated: Aug 19, 2013
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE